No. 59778.—Kline & Co. v. United States, protest 142479–K (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of reptile skins similar in all material respects to those the subject of *Fleming-Joffe, Ltd.* v. *United States* (25 Cust. Ct. 56, C. D. 1263), the claim of the plaintiff was sustained.